United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,         Petitioner, v. MOHAMMEDNUR ABDULAHI, Individually, and in his capacity as Custodian of Records for PPS PARKING SERVICES, INC.,         Respondent. | Misc. No. 4:22-1717 |

### ORDER SANCTIONING RESPONDENT

On February 10, 2023, the Court issued an Order Finding Respondent Mohammednur Abdulahi in Civil Contempt as a result of Respondent failing to comply with this Court's January 4, 2023 Order that required him to produce documents to Petitioner by January 13, 2023.

The Court's February 10th Order afforded Respondent a last opportunity to comply with the Court's Orders and Ordered Respondent to appear for a contempt hearing on February 17, 2023. The February 10th Order explicitly stated that "failure to produce the requested documents pursuant to the administrative subpoena duces tecum **SHALL** result in Respondent's arrest and/or remand into custody." Respondent also had an opportunity to be heard at the November 29, 2022 Notice to Show Cause Hearing.

Respondent has failed to appear at the scheduled hearings, failed to respond to the Court's Orders, and failed to produce the requested documents to Petitioner.

It is therefore **ORDERED AND ADJUDGED** that:

1

1. Respondent continues to be in civil contempt for failure to comply with this Court's January 4, 2023, Order;

2. The Clerk of the Court will immediately serve a copy of this Order on the U.S. Marshals Service;

3. Counsel for Petitioner shall contact the U.S. Marshals Service in Houston, Texas and provide the known or suspected address of Respondent and all other necessary information in order for the U.S. Marshals Service to remand Respondent to the custody of the United States Marshal for being in civil contempt of the Court. Counsel for Petitioner shall provide the necessary information to the U.S. Marshals Service no later than five (5) business days after the filing of this Order. Respondent shall be detained until such time as he arranges for the requested documents to be produced to Petitioner;

4. If the U.S. Marshals Service is unable to locate Respondent as directed, the U.S. Marshals Service will provide an update to Counsel for Petitioner regarding its inability to locate Respondent by   April 1, 2023   .

5. Further, as detailed in the Petition to Enforce Administrative Subpoena, Petitioner subpoenaed Respondent in connection to an investigation conducted pursuant to the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 201 *et. seq*. Respondent's failure to provide documents and failure to comply with the Court's Orders has obstructed the Petitioner's investigation. The Court finds that further sanctions are appropriate. This includes sanctions to address violations of the FLSA. As such, Respondent and PPS Parking, Inc. are permanently enjoined from violating the FLSA.  Respondent and PPS Parking, Inc., as well as their officers, agents, servants, employees, and all persons in active concert or participation with

them, are permanently enjoined from violating the minimum wage, overtime, recordkeeping, and child labor provisions of the FLSA, including at Sections 6, 7, 11(c), 13(c), 15(a)(2), and 15(a)(5) of the Act, and at 29 C.F.R. Part 570.

Signed this the __17th__ day of __February__, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE