UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor<br><br>Petitioner,<br><br>v.<br><br>MOHAMMEDNUR ABDULAHI, Individually, and in his capacity as Custodian of Records for PPS PARKING SERVICES, INC.<br><br>Respondent. | Misc. No. 4:22-1717 |

## STATUS REPORT

The U.S. Department of Labor, Secretary of Labor, Petitioner Martin J. Walsh ("Petitioner" or "the Secretary") submits this Status Report and would show the Court as follows:

Petitioner filed a Subpoena Enforcement action against Respondent, Mohammednur Abdulahi on September 7, 2022. (Docket No. 4:22-1717). On February 22, 2023, after Respondent failed to appear at two separate hearings regarding subpoena enforcement, the Court issued an order continuing to find Respondent in civil contempt.

In accordance with the Order, Petitioner served a copy of the Order to the U.S. Marshals Service as well as informed the U.S. Marshals of the addresses Petitioner had for Respondent in order for the U.S. Marshals to remand Respondent into custody for civil contempt.

Respondent reached out to counsel on March 27, 2023 via phone and said that he would email the documents to Petitioner however, no documents have been received. Petitioner followed up with a message on April 4, 2023 but received no response.

Petitioner also reached out to the U.S. Marshals on April 11, 2023 to inquire about their progress in locating Respondent. The U.S. Marshals informed Petitioner that they were unable to locate Respondent at the addresses that were provided but got confirmation that Respondent's car had been seen at one of the addresses and it is believed that Respondent is still in the country.

To this date, Respondent has not been located by the U.S. Marshals nor have any

documents been received from Respondent by Petitioner.

    Respectfully submitted,

    SEEMA NANDA
    Solicitor of Labor

    JOHN RAINWATER
    Regional Solicitor

    KARLA JACKSON EDWARDS
    Counsel for Wage Hour

    BY:

    */s/ John M. Bradley*
    JOHN M. BRADLEY
    Senior Trial Attorney
    TX Bar No. 24087201

    */s/Remy B. Smith*
    REMY B. SMITH, Attorney-in-charge
    Attorney-in-charge
    NJ Bar No. 294322019

    Office of the Solicitor
    U. S. Department of Labor
    525 S. Griffin, Suite 501
    Dallas, Texas 75202
    Telephone: (202) 961-1565
    Facsimile:  (972) 850-3101

    Email: bradley.john.m@dol.gov
           smith.remy.b@dol.gov

    Attorneys for Petitioner

    RSOL Case No. 0640-22-00482